81,650-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 09 2015

Abel Acosta, Clerk

MAR. 29, 2015
JOEL GARZA # 1837353
MICHAEL UNIT
2664 F.M. 2054
TENNESSEE COLONY, Tx. 75886

Court of Criminal Appeals
CLERK
P.O. Box 12308, Capitol Station
Austin, Tx. 78711

RE: Ex Parte JOEL GARZA, Case No: WR-81,650-01
Trial Court Cause No: C-2-010209 — 1256110-A

Dear clerk:

Pursuant to Texas Rules of Appellate Procedure, Applicant hereby provides the court with notice of change of address. Applicant, JOEL GARZA Previously resided at the:

Terrell Unit, TDCJ-ID
1300 F.M. 655
Rosharon, Tx 77583

Applicant was transferred to another TDCJ-ID unit, where he now resides at: MICHAEL UNIT
2664 F.M. 2054
TENNESSEE COLONY, Tx. 75886

Applicant would Father request The status of his case, if any change has occurred. Thank you for your assistance.

Respectfully Submitted,
Joel Garza